[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
AUGUST 24, 2011
JOHN LEY
CLERK

No. 10-13823
Non-Argument Calendar
_____

D.C. Docket No. 8:09-cr-00047-VMC-AEP-2

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JOSEPH LESE,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(August 24, 2011)

Before HULL, PRYOR and FAY, Circuit Judges.

PER CURIAM:

Andres N. Oliveros, appointed counsel for Joseph Lese, has filed a second

motion to withdraw on appeal supported by a brief prepared pursuant to *Anders v.*

*California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Lese's convictions and sentences are **AFFIRMED**.